# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re:   MARCEL VILLEZ SABIO   §   Case No. 11-07311
§   Hon. JACK B. SCHMETTERER
§   Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m. on 11/17/2011 in Courtroom 682 , Dirksen Federal Building Courthouse, 219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
NORTHERN   **DISTRICT OF**   ILLINOIS
<u>EASTERN DIVISION</u>

In re:   MARCEL VILLEZ SABIO   §   Case No.  11-07311
§           Hon. JACK B. SCHMETTERER
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $4,000.02 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $4,000.02 |

Claims of secured creditors will be paid as follows:

| *Claim No.* | *Claimant* | *Claim Asserted* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|---|
| NONE | | | | | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $4,000.02 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,000.00 | $0.00 | $1,000.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $12.54 | $0.00 | $12.54 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $1,575.00 | $0.00 | $1,575.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,*  <u>*U.S. Bankruptcy Court*</u>

*Fees,* <u>*United States Trustee*</u>

    Other

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $2,587.54 |
| Remaining balance: | $1,412.48 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for          , Fees* | | | |
| *Attorney for          , Expenses* | | | |
| *Accountant for        , Fees* | | | |
| *Accountant for        , Expenses* | | | |
| Other | | | |

|  |  |
|---|---:|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $1,412.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____$0.00_____ must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $1,412.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $25,479.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Banco Popular North America | $9,064.44 | $0.00 | $502.49 |
| 2 | Chase Bank USA, N.A. | $9,533.67 | $0.00 | $528.50 |
| 3 | Chase Bank USA, N.A. | $4,675.58 | $0.00 | $259.19 |
| 4 | Capital Recovery IV, LLC | $1,635.68 | $0.00 | $90.67 |
| 5 | BMW North America | $570.58 | $0.00 | $31.63 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $1,412.48 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | | | $0.00 |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0___ percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | Total to be paid for subordinated claims: | | | $0.00 |
| | Remaining balance: | | | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
             Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 11-07311-JBS
Marcel Villez Sabio                                             Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mflowers              Page 1 of 1                  Date Rcvd: Oct 13, 2011
                              Form ID: pdf006             Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2011.
```
db          +Marcel Villez Sabio,    8847 La Cross Avenue,    Unit 3,    Skokie, IL 60077-2295
16862370    +BAC Home Loans,    450 American St. #SV416,    Simi Valley, CA 93065-6285
16862372     BMW Bank of North America,    P.O. Box 78066,    Phoenix, AZ 85062-8066
17516814    +BMW Bank of North America, Inc,    POB 201347,    Arlington, TX 76006-1347
16862371    +Banco Popular,    9600 West Bryn Mawr Third Floor,    Rosemont, IL 60018-5221
16862373    +Cach LLC,    4340 S. Monaco St. Floor 2,    Denver, CO 80237-3408
16862374    +Chase Bank USA,    P.O. Box 15298,    Wilmington, DE 19850-5298
17228440     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16862375    +Codilis & Associates,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
16862376    +GE Money Bank,    4340 S Monaco St. Floor 2,    Denver, CO 80237-3408
16862377    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
16862378    +John C. Bonewicz, P.C.,    8001 N. Lincoln Ave. Ste. 402,    Skokie, IL 60077-3657
16862379    +Mark Garcia,    5300 Greenwood St.,    Skokie, IL 60077-1522
16862380     Northshore University,    23056 Network Place,    Chicago, IL 60673-1230
16862381    +Village of Morton Grove,    6101 Capulina Avenue,    Morton Grove, IL 60053-2985
16862382     Weltman Weinberg & Reis Co., LPA,    180 N. LaSalle St., Ste. 2400,    Chicago, IL 60601-2704
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16862369    +E-mail/PDF: LR@arthuradler.com Oct 14 2011 13:52:48      Arthur B. Adler & Associates,
              25 East Washington Street Ste. 500,    Chicago, IL 60602-1703
17146672    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Oct 14 2011 13:52:48
              BMW Financial Services NA, LLC Department,    c/o Ascension Capital Group,    P.O. Box 201347,
              Arlington, TX 76006-1347
17014230    +Fax: 866-513-1948 Oct 14 2011 13:52:48      Banco Popular North America,
              8523 Commodity Cir Ste 100,    Orlando, FL 32819-9002
17435632     E-mail/PDF: rmscedi@recoverycorp.com Oct 14 2011 13:52:48      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 15, 2011**          **Signature:** _Joseph Speetjens_